# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **TIMOTHY PIERSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 6:23-cv-798-ACA** |
| ) | |
| **413 CABINS, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiffs Timothy Pierson, Lisa Pierson, and Wismoga, LLC filed a breach of contract action against Defendants 413 Cabins, LLC and Doug Merryman for their failure to make installment payments as part of a settlement agreement. (Doc. 5). Defendants conceded liability but disputed the amount owed. (Doc. 38). Accordingly, the court entered summary judgment for the Plaintiffs on the question of liability, directed Plaintiffs to file an itemization of damages, and granted them leave to request attorney's fees. (Doc. 39 at 6). Plaintiffs filed an itemized summary of damages (doc. 40) and a petition for costs (doc. 41) to which Defendants did not respond. For the reasons set out below, the court **WILL AWARD** Plaintiffs $62,400 in damages and $4,283.46 in costs.

In 2022, Plaintiffs and Defendants reached a settlement agreement under which 413 Cabins agreed to pay Plaintiffs $271,000 in installments, the last eight of

which were of $20,000 each. (Doc. 33-1 at 5–16). The agreement provided for interest on late payments (*id.* at 2(f)), and that the prevailing party in any litigation to enforce the agreement was entitled to "all attorneys' fees costs and expenses." (*Id.* at 11 ¶ 20).

In their itemization of damages, Plaintiffs assert that Defendants failed to make three payments of $20,000 and made five other payments late, incurring the 1.5% interest penalty for eight months. (Doc. 40 at 1–2). In total, Plaintiff's claim $62,400 in damages. (*Id.* at 2). This amount is consistent with the evidence Plaintiffs presented in support of their motion for summary judgment (*see* doc. 33-2 at 3, 6; *see also id.* at 4, 20), and the representations made by Defendants in their response to Plaintiffs' motion for summary judgment (doc. 38 at 2 & n.1). Having established damages in the amount of $62,400, the court orders Defendants to pay $62,400 in damages for the breach of contract.

Plaintiffs also move for the assessment of the expenses of the litigation. (Doc. 41). In support of this motion, Plaintiffs present evidence of filing fees, certified mail costs, deposition transcript costs, deposition video costs, shipping costs, and electronic data storage costs totaling $4,283.46. (*Id.* at 3–4). Plaintiffs supported this request with an affidavit by Plaintiffs' counsel in which he affirms that each of the costs were necessary to the litigation. (41-1 at 2).

The evidence before the court establishes that Defendants breached their contact with Plaintiffs resulting in damages in the amount of $62,400, that the terms of the settlement agreement entitle Plaintiffs to fees (doc. 39 at 5 (citing doc. 33-1 at 10 ¶ 15)), and that Plaintiffs established they incurred $4,283.46 in costs associated with this action (doc. 41). The court finds that the costs listed are an accurate description of the costs incurred by plaintiffs in this action.

Accordingly, the court **WILL AWARD** $62,400 in damages and $4,283.46 in costs. The court will enter a separate final judgment.

**DONE** and **ORDERED** this December 20, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE